```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05994
    MARS V SKINNER
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-2816


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/03/07 .

    2.  The case was dismissed without confirmation, 09/06/2007.

    3.  The Debtor paid a total of $     363.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
BANCO POPULAR               SECURED                  .00          .00           .00
MINOLTA BUSINESS SYSTEM     SECURED                  .00          .00           .00
STATE DISBURSEMENT UNIT     CHILD SUPPORT            .00          .00           .00
STATE DISBURSEMENT UNIT     CHILD SUPPORT            .00          .00           .00
TERESA SKINNER              CHILD SUPPORT            .00          .00           .00
KANE COUNTY TREASURER       PRIORITY          NOT FILED           .00           .00
ANGEL FERNANDEZ             UNSECURED         NOT FILED           .00           .00
COMCAST                     UNSECURED         NOT FILED           .00           .00
FIRST PREMIER BANK          UNSECURED         NOT FILED           .00           .00
ILLINOIS COLLECTION SERV    UNSECURED         NOT FILED           .00           .00
SOLDATTI DDS                UNSECURED         NOT FILED           .00           .00
LAMPHERES FURNITURE         UNSECURED         NOT FILED           .00           .00
MEDICAL RECOVERY SPECIAL    UNSECURED         NOT FILED           .00           .00
NICOR GAS                   UNSECURED         NOT FILED           .00           .00
PAYDAY LOANS                UNSECURED         NOT FILED           .00           .00
SBC AMERITECH               UNSECURED         NOT FILED           .00           .00
STEPHENS ADAMSON CU         UNSECURED         NOT FILED           .00           .00
US DEPARTMENT OF EDUCATI    UNSECURED         NOT FILED           .00           .00
         Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID          .00           .00          .00          .00           .00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID              .00           .00          .00          .00           .00
The Debtor's attorney, RUDDY MILROY & KING         , was allowed $    2500.00
and was paid $   1700.00  direct and $    353.56  through the plan.

The Trustee received $      9.44 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/19/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE